FILED

2013 JUL 19  AM 11: 09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

United States of America

PLAINTIFF(S)

v.

Rong Nie
A.K.A Alex Nie

DEFENDANT(S).

CASE NUMBER   M 13 01986
1:13-mj-566

**AFFIDAVIT RE**
**OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: _Complaint_
in the _____ District of _Columbia_ on _7/12/2013_
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title _18_ U.S.C., Section(s) _1956 (h)_
to wit: _____

A warrant for defendant's arrest was issued by: _Magistrate Judge Alan Kay_

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _7-19-13_, by

_____, Deputy Clerk.

_____
Signature of Agent

SEAL

JASON LAU
Print Name of Agent

HSI
Agency

Special Agent
Title

CR-52 (05/98)          AFFIDAVIT RE OUT-OF-DISTRICT WARRANT