```
 1 │ ANDRÉ BIROTTE JR.
   │ United States Attorney
 2 │ ROBERT E. DUGDALE
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ ANTHONY J. LEWIS (Cal. SBN: 231825)
 4 │ Assistant United States Attorney
   │ National Security Section
 5 │      1300 United States Courthouse
   │      312 North Spring Street
 6 │      Los Angeles, California  90012
   │      Telephone: (213) 894-1786
 7 │      Facsimile: (213) 894-6436
   │      E-mail: anthony.lewis@usdoj.gov
 8 │
   │ Attorneys for Plaintiff
 9 │ United States of America
10 │
   │            UNITED STATES DISTRICT COURT
11 │
   │         FOR THE CENTRAL DISTRICT OF CALIFORNIA
12 │
   │ UNITED STATES OF AMERICA,    )   Case No. MJ 13-1986
13 │                              )
   │           Plaintiff,         )
14 │                              )   GOVERNMENT'S NOTICE OF REQUEST
   │                              )   FOR DETENTION
15 │      v.                      )
   │                              )
16 │ RONG NIE,                    )
   │                              )
17 │           Defendant.         )
   │                              )
18 │ ─────────────────────────────
19 │
20 │      Plaintiff, United States of America, by and through its
21 │ counsel of record, hereby requests detention of defendant and gives
22 │ notice of the following material factors:
23 │      ____ 1.  Temporary 10-day Detention Requested (§ 3142(d))
24 │               on the following grounds:
25 │           ____ a. present offense committed while defendant was on
26 │                    release pending (felony trial), (sentencing),
27 │                    (appeal), or on (probation) (parole); or
28 │
```

FILED
CLERK, U.S. DISTRICT COURT
JUL 19 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

```
             ____  b.  defendant is an alien not lawfully admitted for
                       permanent residence; and
             ____  c.  defendant may flee; or
             ____  d.  pose a danger to another or the community.
   X     2.  Pretrial Detention Requested (§ 3142(e)) because no
             condition or combination of conditions will
             reasonably assure:
             _X__  a.  the appearance of the defendant as required;
             ____  b.  safety of any other person and the community.
   ____  3.  Detention Requested Pending Supervised
             Release/Probation Revocation Hearing (Rules
             32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):
             ____  a.  defendant cannot establish by clear and
                       convincing evidence that he/she will not pose a
                       danger to any other person or to the community;
             ____  b.  defendant cannot establish by clear and
                       convincing evidence that he/she will not flee.
   ____  4.  Presumptions Applicable to Pretrial Detention (18
             U.S.C. § 3142(e)):
             ____  a.  Title 21 or Maritime Drug Law Enforcement Act
                       ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense
                       with 10-year or greater maximum penalty
                       (presumption of danger to community and flight
                       risk);
             ____  b.  offense under 18 U.S.C. §§ 924(c), 956(a), 2332b,
                       or 2332b(g)(5)(B) with 10-year or greater maximum
                       penalty (presumption of danger to community and
```

```
 1                    flight risk);
 2             ___ c. offense involving a minor victim under 18 U.S.C.
 3                    §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,
 4                    2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-
 5                    2252A(a)(4), 2260, 2421, 2422, 2423 or 2425
 6                    (presumption of danger to community and flight
 7                    risk);
 8             ___ d. defendant currently charged with an offense
 9                    described in paragraph 5a - 5e below, AND
10                    defendant was previously convicted of an offense
11                    described in paragraph 5a - 5e below (whether
12                    Federal or State/local), AND that previous
13                    offense was committed while defendant was on
14                    release pending trial, AND the current offense
15                    was committed within five years of conviction or
16                    release from prison on the above-described
17                    previous conviction (presumption of danger to
18                    community).
19      _X_  5. Government Is Entitled to Detention Hearing
20              Under § 3142(f) If the Case Involves:
21             ___ a. a crime of violence (as defined in 18 U.S.C.
22                    § 3156(a)(4)) or Federal crime of terrorism (as
23                    defined in 18 U.S.C. § 2332b(g)(5)(B)) for which
24                    maximum sentence is 10 years' imprisonment or
25                    more;
26             ___ b. an offense for which maximum sentence is life
27                    imprisonment or death;
28
```

|     |     |    |                                                                 |
|-----|-----|----|-----------------------------------------------------------------|
|     | ___ | c. | Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more; |
|     | ___ | d. | any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses; |
|     | ___ | e. | any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250; |
|     | _X_ | f. | serious risk defendant will flee; |
|     | ___ | g. | serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so). |
| ___ | 6.  |    | Government requests continuance of ___ days for detention hearing under § 3142(f) and based upon the following reason(s): |

_____

_____

_____

//

//

4

```
 1
 2         ____    7.    Good cause for continuance in excess of three days
 3                       exists in that:
 4                       _____
 5                       _____
 6                       _____
 7
 8    DATED: July 18, 2013            Respectfully submitted,
 9                                    ANDRÉ BIROTTE JR.
                                      United States Attorney
10
                                      ROBERT E. DUGDALE
11                                    Assistant United States Attorney
                                      Chief, Criminal Division
12
13                                    _____
                                      ANTHONY J. LEWIS
14                                    Assistant United States Attorney

15                                    Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA
16
```